JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5747RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| RAUL ALVARADO-MARTINEZ, STACEY COMER, and BRANDON TRAVER, | ) | |
| Defendants. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                              1
*U.S. v. Alvarado-Martinez;* CR05-5747RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation their defenses. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from January 9, 2006 to **MARCH 27, 2006, at 9:00 am.** The resulting period of delay from January 9, 2006 to March 27, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial motions are due no later than **FEBRUARY 13, 2006.**

Pre-trial conference shall be on **MARCH 21, 2006, at 9:00am.**

IT IS SO ORDERED this 22nd day of December, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ *Russell V. Leonard*  
Russell V. Leonard  
Attorney for Raul Alvarado-Martinez

/s/ *William H. Redkey, Jr.*  
William H. Redkey, Jr.  
Assistant United States Attorney

/s/ *Ronald D. Ness*  
Ronald D. Ness  
Attorney for Stacey Comer

/s/ *Thomas A. Campbell*  
Thomas A. Campbell  
Attorney for Brandon Traver

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 2
*U.S. v. Alvarado-Martinez;* CR05-5747RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**