Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL DAVID ALVARADO-MARTINEZ,<br>aka RAUL DAVID ALVARADO,<br>STACY CHARLES COMER, and<br>BRANDON SCOTT TRAVER,<br><br>　　　　　Defendants. | NO. CR05-5747RBL<br><br>~~PROPOSED~~<br>ORDER GRANTING<br>MOTION TO SEVER<br>DEFENDANTS' TRIALS<br>PURSUANT TO<br>FED. R. CRIM. P. 14 |

THIS MATTER, having come before the Court on the motion of the United States to sever trials of the defendants herein, the court having read the affidavit in support thereof of Assistant United States Attorney William H. Redkey, Jr., there being no objection by any defendant, and the Court having considered the entirety of the records and files herein, the Court rules as follows:

IT IS HEREBY ORDERED that the trials in the above-encaptioned cause shall be severed pursuant to Fed. R. Crim. P. 14 for the reasons set forth in the aforesaid motion and affidavit. The trials will proceed in the order the defendants are named in the

//
//
//

05-CR-05747-ORD

Oder Granting Motion to Sever Trials -- 1
U.S. v. Alvarado-Martinez, et al. CR05-5747RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Superseding Indictment and shall commence on a date certain in accordance with a

2  separate order of the Court.

3       DATED this __22d__ day of March, 2006.

4

5                                          _/s/ Ronald B. Leighton_
                                           RONALD B. LEIGHTON
6                                          United States District Judge

7
   Presented by:
8
   s/ *William H. Redkey, Jr.*
9  WILLIAM H. REDKEY, JR.
   Assistant United States Attorney
10 WA Bar #7734
   United States Attorney's Office
11 700 Stewart Street, Suite 5220
   Seattle, WA 98101-1271
12 Telephone:   (206) 553-1206
   Fax:         (206) 553-0755
13 E-mail:  William.Redkey@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28