UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL DAVID ALVARADO-MARTINEZ, STACY CHARLES COMER, and BRANDON SCOTT TRAVER,<br><br>Defendant. | CASE NO.CR05-5747RBL<br><br>ORDER GRANTING CONTINUANCE OF TRIAL DATE |

A Motion to Continue the Trial has been filed by the Government and the defendants have no objection. The Court has conducted a hearing and reviewed the pleadings. For the reasons stated, the Motion to Continue the Trial Date is **GRANTED**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the government and the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **MARCH 27, 2006 to JUNE 26, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1



05-CR-05747-ORD

ACCORDINGLY:

The Jury Trial is **CONTINUED** to **JUNE 26, 2006 at 9:00 a.m.**

The Pretrial Conference is rescheduled for **JUNE 21, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **MAY 22, 2006.**


IT IS SO ORDERED this 22d day of March, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2